256 So.2d 440

**STATE of Louisiana ex rel. John FORD**

**v.**

**C. Murray HENDERSON, Warden, Louisiana State Penitentiary.**

No. 52051.

Supreme Court of Louisiana.

Jan. 27, 1972.

In re: John Ford applying for writ of habeas corpus and certiorari.

Writ denied. On the basis of the evidentiary hearing held by the trial court on this writ, we find that the defendant was in fact represented by counsel at the critical stages of the criminal proceedings, and that his pre-Boykin plea of guilty upon advice of counsel was a knowing and intelligent waiver of constitutional rights.